_____

No. 96-2349EM
_____

In re:  Luther E. Oliver          *
      Debtor                      *
_____     *
                                  *
Luther E. Oliver,                 *   Appeal from the United States
                                  *   District Court for the Eastern
             Appellant,           *   District of Missouri.
                                  *
      v.                          *        [UNPUBLISHED]
                                  *
Charles W. Riske,                 *
                                  *
             Appellee.            *
                              _____

                   Submitted:  December 11, 1996

                      Filed:  March 7, 1997
                              _____

Before FAGG, FLOYD R. GIBSON, and LOKEN, Circuit Judges.
                              _____

PER CURIAM.

     Having searched the record and considered the parties' briefs, we
find no merit in Luther E. Oliver's contentions.  We affirm the judgment
of the district court for the reasons set forth in the district court's
order.  See 8th Cir. R. 47B.

     A true copy.

          Attest:


               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.